IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Niecikowski, Janice J

Printed: 5/13/08

Case Number: 07 B 20712
Judge: Wedoff, Eugene R

Filed: 12/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: March 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 850.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 850.00 |
| Totals: | 850.00 | 850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 18,649.14 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 1,055.82 | 0.00 |
| 5. | Chase | Unsecured | 338.62 | 0.00 |
| 6. | Ticor Title | Unsecured | 1,191.66 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 966.96 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 98.82 | 0.00 |
| 9. | Target National Bank | Unsecured | 282.66 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,177.85 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 270.87 | 0.00 |
| 12. | Wells Fargo Bank | Unsecured | 4,122.66 | 0.00 |
| 13. | Harris Trust & Savings Bank | Secured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Target | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,155.06 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Niecikowski, Janice J

Printed:  5/13/08

Case Number:  07 B 20712
Judge:  Wedoff, Eugene R
Filed:  12/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

